Rec. #3652

MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Frankie Mae Higgins and Melvin Lee Higgins
Chapter 7 Case No. 08-36669

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Emergency Physicians PA<br>7301 Ohms Lane Suite 650<br>Edina, MN 55439-4000 | 9 | 273.00 | 18.95 |

Date: April 18, 2011

_____
Trustee

RECEIVED
11 APR 19 PM 1:29
U.S. BANKRUPTCY COURT
ST. PAUL, MN